IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01601-BNB

DARRELL J. DIAMOND,
　　Plaintiff,

v.

COLORADO STATE BD. OF PAROLE AND BOARD MEMBERS,
LA PLATA COUNTY JAIL AND SHERIFF DUKE SHIRARD,
LA PLATA COUNTY DISTRICT CT. JUDGE DAVID L. DICKINSON,
CO. STATE PAROLE OFFICER TINA BEEKMAN,
CO. STATE PAROLE OFFICER JOHN OREY,
CO. STATE BD. OF PAROLE MEMBER JIM PETERS,
CO. STATE BD. OF PAROLE MEMBER DAVID MICHAUD, and
CO. STATE BD. OF PAROLE MEMBER UNIDENTIFIED,
　　Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2008

GREGORY C. LANGHAM
　　　　　　　　CLERK

## ORDER OF DISMISSAL

In an order filed on July 29, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff has failed to respond to Magistrate Judge Boland's July 29 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. It is

FURTHER ORDERED that Plaintiff's "Motion to File Outside of Time, if Necessary," filed on July 29, 2008, is denied as moot.

DATED at Denver, Colorado, this 11 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01601-BNB

Darrell J. Diamond
Prisoner No. 110898
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk